IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.124.120.156

**ISP:** Optimum Online
**Physical Location:** Saddle Brook, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/25/2016 17:07:05 | 7419715F61235A8F635A1F1217E78570D5873285 | Cum For A Ride |
| 05/24/2016 16:35:32 | AD478D7FB2ADE03C23216220C34BB862B84639BD | In the Garden of Ecstasy |
| 12/13/2015 06:16:04 | 0523639FF76B339C7B083BB7FCAAA8FE026FD54F | Make Me Cum |
| 11/10/2015 14:19:52 | A38BECC0112D684478FB1ED26CDF394AD9F034CA | Dressed to Thrill |
| 09/24/2015 07:12:52 | 07A703FD50707C52D9C210903BC014A12DEC99DF | Freckle Faced Fox |
| 02/16/2015 06:13:40 | 2A21A01D7D37D64381E8B3389EDEF16656E308B3 | Competition |
| 02/16/2015 05:12:37 | 1D96FA5BBD70A2E721FF3F5CFE344E3ECD063942 | Bring Me To My Knees |
| 01/29/2015 04:23:26 | 8F841D13D963CAEAB09C1B9449CC3C4E08D551B0 | The Studio Part #2 |
| 01/29/2015 04:10:36 | BC6913AC12527828841169B894D4B3E625591672 | Good Night Kiss |
| 01/29/2015 04:04:38 | 15500239961B397F15EB325A5A6B061481766E9A | First Time |
| 01/29/2015 04:02:34 | D766E56FE53D252B7BB9D1968F8DD6E8855842FA | Strawberry Morning |
| 01/29/2015 03:33:56 | D02064355265CBAEE0B733019F78E17BEAD29794 | Fucking Ballerinas |
| 12/21/2014 08:14:42 | C84F00BB4B2E5B5228C0F8E5F8F0CE0138C406AE | Shes A Spinner |
| 12/21/2014 08:11:26 | 9CC0A1E9C734901191D4AB52629673482872EB32 | Tease Me Please Me |
| 12/20/2014 06:31:33 | 21989E83DB56C3D93D4E99250E29BA843A7E0BC4 | Carmen Leila Christmas Vacation |
| 12/20/2014 06:17:24 | CC476B3CF1ADB7F60CF4547064D849CE428D75A1 | Enjoy the Ride |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

CNJ627