**Copyrights-In-Suit for IP Address 69.124.120.156**

**ISP:** Optimum Online
**Location:** Saddle Brook, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Cum For A Ride | PENDING | 10/21/2016 | 11/20/2016 | 10/25/2016 |
| In the Garden of Ecstasy | PENDING | 05/21/2016 | 05/24/2016 | 05/24/2016 |
| Make Me Cum | PENDING | 12/11/2015 | 12/29/2015 | 12/13/2015 |
| Dressed to Thrill | PA0001973995 | 11/08/2015 | 11/16/2015 | 11/10/2015 |
| Freckle Faced Fox | PA0001970454 | 09/18/2015 | 09/21/2015 | 09/24/2015 |
| Competition | PA0001932116 | 02/07/2015 | 02/17/2015 | 02/16/2015 |
| Bring Me To My Knees | PA0001932106 | 02/15/2015 | 02/17/2015 | 02/16/2015 |
| The Studio Part #2 | PA0001931476 | 01/28/2015 | 02/17/2015 | 01/29/2015 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 01/29/2015 |
| First Time | PA0001926092 | 12/13/2014 | 12/29/2014 | 01/29/2015 |
| Strawberry Morning | PA0001926089 | 12/27/2014 | 12/29/2014 | 01/29/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 01/29/2015 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 12/21/2014 |
| Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 12/21/2014 |
| Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 12/20/2014 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 12/20/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 16**

EXHIBIT B

CNJ627