Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address<br>69.124.120.156<br><br>                    Defendant. | Case No. 2:17-cv-01276-SRC-CLW |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe

("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP

address 69.124.120.156.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John

Doe has neither answered Plaintiff's Complaint nor filed a motion for summary

judgment.

1

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 15, 2017   Respectfully submitted,

         By: /s/ *Patrick J. Cerillo*
            Patrick J. Cerillo, Esq.
            Patrick J. Cerillo, LLC
            4 Walter E. Foran Blvd., Suite 402
            Flemington, NJ 08822
            Attorney ID No. 01481-1980
            T: (908) 284-0997
            F: (908) 284-0915
            pjcerillolaw@comcast.net
            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2017, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF and that service was perfected

on all counsel of record and interested parties through this system.


By: */s/ Patrick J. Cerillo*
PATRICK J. CERILLO, ESQ